

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00535-CR

**EX PARTE** Anner Roberto **HENRIQUEZ LOPEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10461CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

  Appellant's brief is currently due September 28, 2022. On September 20, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file the brief. We **grant** the motion and **order** appellant to file his brief by **November 28, 2022**. Counsel is advised further motions for an extension of time to file the brief may be disfavored.

_____
Luz Elena D. Chapa, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court